1  Bijal V. Vakil (CA State Bar No. 192878)
   bvakil@whitecase.com
2  Shamita D. Etienne-Cummings (CA State Bar No. 202090)
   setienne@whitecase.com
3  Henry Y. Huang (CA State Bar No. 252832)
   henry.huang@whitecase.com
4  WHITE & CASE LLP
   3000 El Camino Real
5  Two Palo Alto Square, Suite 900
   Palo Alto, CA  94306-2109
6  Telephone:  650.213.0300
   Facsimile:   650.213.8158
7
   Attorneys for Plaintiff
8  Google LLC

9

10                          UNITED STATES DISTRICT COURT

11                          NORTHERN DISTRICT OF CALIFORNIA

12

13

14  GOGGLE LLC,                              Case No. 5:21-cv-01468

15              Plaintiff,                   **PLAINTIFF GOOGLE LLC'S
                                             CERTIFICATE OF INTERESTED
16       v.                                  ENTITIES OR PERSONS**

17  ECOFACTOR, INC.,

18              Defendant.

19

20       Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Google LLC ("Google")

21  discloses the following:

22       1. Google LLC is a subsidiary of XXVI Holdings Inc., which is a subsidiary of

23          Alphabet Inc., a publicly traded company; no publicly traded company holds more

24          than 10% of Alphabet Inc.'s stock.

25       Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons,

26  associations of persons, firms, partnerships, corporations (including parent corporations) or other

27  entities (i) have a financial interest in the subject matter in controversy or in a party to the

28  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

WHITE & CASE LLP
ATTORNEYS AT LAW
SILICON VALLEY

- 1 -

substantially affected by the outcome of this proceeding:

1. Google LLC

2. XXVI Holdings Inc., Holding Company of Google LLC

3. Alphabet Inc., Holding Company of XXVI Holdings Inc.

Dated:   March 1, 2021

Respectfully submitted,

By: /s/Bijal V. Vakil
    Bijal V. Vakil

Bijal V. Vakil (CA State Bar No. 192878)
bvakil@whitecase.com
Shamita D. Etienne-Cummings
(CA State Bar No. 202090)
setienne@whitecase.com
Henry Y. Huang (CA State Bar No. 252832)
henry.huang@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
Two Palo Alto Square, Suite 900
Palo Alto, CA  94306-2109
Telephone:  650.213.0300
Facsimile:  650.213.8158

Attorneys for Plaintiff
Google LLC