**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GOOGLE LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>ECOFACTOR, INC.,<br><br>        Defendant. | Case No. 3:21-cv-01468-JD<br><br>**[PROPOSED] ORDER TO ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED PURSUANT TO CIVIL L.R. 3-12 AND 7-11** |
| GOOGLE LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>ECOFACTOR, INC.,<br><br>        Defendant. | Case No. 4:21-cv-03220-HSG |

- 2 -

Pending before the court is Plaintiff Google LLC's ("Google") Administrative Motion to Consider whether Cases Should be Related Pursuant to Civil L. R. 3-12 and 7-11 (Administrative Motion). Having considered the Administrative Motion and related documentation, and finding there is a showing of good cause, the Court hereby GRANTS Google's Administrative Motion and herby relates the following actions:

- *Google LLC v. EcoFactor, Inc.*, No. 3:21-cv-01468-JD ("1468 Case") is related to *Google LLC v. EcoFactor, Inc.*, No. 4:22-cv-0162-JSW ("0162 Case") [or]
- *Google LLC v. EcoFactor, Inc.*, No. 4:21-cv-03220-HSG ("3220 Case") is related to *Google LLC v. EcoFactor, Inc.*, No. 4:22-cv-0162-JSW ("0162 Case").

It is so ORDERED.

Dated: February ___, 2022

United States District Judge