Bijal V. Vakil (SBN 192878)
bijal.vakil@allenovery.com
ALLEN & OVERY LLP
550 High Street, Second Floor
Palo Alto, CA 94301
Telephone: (650) 388-1650
Facsimile: (650) 388-1699

Shamita D. Etienne-Cummings (SBN 202090)
shamita.etienne@allenovery.com
James P. Gagen (*pro hac vice*)
james.gagen@allenovery.com
ALLEN & OVERY LLP
1101 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 833-3810
Facsimile: (202) 683-3999

Grace I. Wang (*pro hac vice*)
grace.wang@allenovery.com
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8574
Facsimile: (212) 610-6399

Robert A. Van Nest (SBN 84065)
Leo L. Lam (SBN 181861)
efdj-kvp@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400

*Attorneys for Plaintiff Google LLC*

Reza Mirzaie, CA SBN 246953
Marc A. Fenster, CA SBN 181067
James N. Pickens, CA SBN 307474
Minna Y. Chan, CA SBN 305941
Kristopher R. Davis, CA SBN 329627
Jason M. Wietholter, CA SBN 337139
Adam R. Hoffman, CA SBN 218740
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991
rmirzaie@raklaw.com
mfenster@raklaw.com
jpickens@raklaw.com
mchan@raklaw.com
kdavis@raklaw.com
jwietholter@raklaw.com
rak_ecofactor@raklaw.com

Matthew D. Aichele
RUSS AUGUST & KABAT
800 Maine Avenue SW, Suite 200
Washington, DC 20024
Telephone: (202) 664-0623
maichele@raklaw.com

*Attorneys for Defendant EcoFactor, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GOOGLE LLC,<br><br>          Plaintiff,<br><br>     v.<br><br>ECOFACTOR, INC.,<br><br>          Defendant. | Case No. 3:21-cv-01468-JD<br><br>**JOINT STATUS REPORT** |

- 1 -

Pursuant to ECF No. 74, Plaintiff Google LLC ("Google") and Defendant EcoFactor, Inc. ("EcoFactor") (together, the "Parties") jointly provide this status report to the Court regarding ongoing proceedings before the U.S. Court of Appeals for the Federal Circuit ("CAFC") and the U.S. Patent and Trademark Office ("USPTO") concerning the patents-in-suit, as well as all other lawsuits between the Parties. The patents-in-suit are U.S. Patent Nos. 10,612,983; 8,019,567; 8,596,550; and 8,886,488.

## STATUS OF PROCEEDINGS ON PATENTS-IN-SUIT

All four patents-in-suit remain subject to ongoing proceedings before the CAFC and USPTO:

- **U.S. Patent No. 10,612,983:** Google filed an inter partes review ("IPR") petition on May 19, 2021, seeking review of claims 1–7 and 10–30. *See* IPR2021-00982, Paper No. 2 (May 19, 2021). On November 17, 2022, the Patent Trial and Appeal Board ("PTAB") issued its Final Written Decision, finding some but not all challenged claims to be unpatentable. *See* IPR2021-00982, Paper No. 31 (Nov. 17, 2022). Google appealed and EcoFactor cross-appealed. *See* Paper No. 32 (Jan. 19, 2023); Paper No. 33 (Jan. 26, 2023). The appeal is now fully briefed and the Parties are awaiting scheduling of oral argument. *See Google LLC v. EcoFactor, Inc.*, Nos. 23-1414, -1429 (Fed. Cir.).

- **U.S. Patent No. 8,019,567:** Google filed an IPR petition on July 26, 2021, seeking review of claims 1–20 (all claims). *See* IPR2021-01218, Paper No. 2 (July 26, 2021). On February 6, 2023, the PTAB issued its Final Written Decision, finding some but not all challenged claims to be unpatentable. *See* Paper No. 22 (Feb. 6, 2023). Google appealed and EcoFactor cross-appealed. *See* Paper No. 23 (Apr. 4, 2023); Paper No. 24 (Apr. 11, 2023). Briefing is ongoing. *See Google LLC v. EcoFactor, Inc.*, Nos. 23-1757, -1780 (Fed. Cir.).

- **U.S. Patent No. 8,596,550:** A third party filed two IPR petitions on May 5, 2022, seeking review of claims 1–16 and 17–23. IPR2022-00983, Paper No. 2 (May 5, 2022); IPR2022-00969, Paper No. 2 (May 5, 2022). The PTAB granted institution. IPR2022-

00983, Paper No. 8 (Nov. 15, 2022); IPR2022-00969, Paper No. 8 (Nov. 15, 2022). Google joined the IPR proceedings. IPR2023-00356, Paper No. 7 (June 6, 2023); IPR2023-00355, Paper No. 7 (June 6, 2023). Oral argument was held August 18, 2023. IPR2022-00969, Paper No. 28 (Sept. 18, 2023); IPR2022-00983, Paper No. 28 (Sept. 18, 2023). The IPRs are under consideration by the PTAB and Final Written Decisions are expected by November 15, 2023.

- **U.S. Patent No. 8,886,488:** The PTAB denied institution of IPR on March 18, 2022, on *NHK-Fintiv* grounds based on the then pending ITC Investigation No. 337-TA-1258 and this case. *See* IPR2021-01578, Paper No. 9 (March 18, 2022). On January 12, 2023, Google requested ex parte review ("XPR") on all claims and, on April 10, 2023, the USPTO granted XPR. On July 17, 2023, the USPTO issued a non-final office action rejecting all claims of the '488 patent. EcoFactor filed its patent owner's response on September 16, 2023. Proceedings are ongoing.

## STATUS OF PARTIES' OTHER DISTRICT COURT PROCEEDINGS

There are two other pending cases in this District involving the same parties:

- *Google LLC v. EcoFactor, Inc.*, 4:21-cv-03220-HSG, before Judge Gilliam. On October 11, 2022, Judge Gilliam issued an Order staying the case pending conclusion of IPR proceedings on three of the four patents-in-suit. NDCA-03220, ECF Nos. 135. In August 2023, the PTAB issued Final Written Decisions, finding all claims of those three patents to be unpatentable. EcoFactor then covenanted not to sue Google on those patents, and the Parties stipulated to their dismissal from the case. NDCA-03220, ECF Nos. 147, 148. In October 2023, EcoFactor appealed the PTAB's Final Written Decisions. *See EcoFactor, Inc. v. Google LLC*, Nos. 23-1027, -1032, -1033 (Fed. Cir.). On October 10, 2023, Judge Gilliam entered a briefing schedule for a Renewed Motion to Stay Proceedings pending an ongoing XPR of the fourth patent-in-suit, U.S. Patent No. 10,584,890, which the USPTO granted on August 17, 2023. On October 18, Google filed a renewed motion to stay pursuant to the court-ordered schedule, and briefing is ongoing. NDCA-03220, ECF No. 146 at 2.

- *Google LLC v. EcoFactor, Inc.*, No. 5:22-cv-00162-PCP, -07661-PCP, before Judge Pitts (to whom the case was reassigned on August 18, 2023). The case is currently stayed pending parallel proceedings before the USPTO and CAFC. NDCA-00162, ECF Nos. 81, 87.

Dated: October 31, 2023

Respectfully submitted,

By: /s/ *Bijal V. Vakil*
      Bijal V. Vakil
Bijal V. Vakil (SBN 192878)
googlendcaldjs@allenovery.com
ALLEN & OVERY LLP
550 High Street, Second Floor
Palo Alto, CA 94301
Telephone: (650) 388-1650
Facsimile: (650) 388-1699

Shamita D. Etienne-Cummings (SBN 202090)
James P. Gagen (*pro hac vice*)
googlendcaldjs@allenovery.com
ALLEN & OVERY LLP
1101 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 833-3810
Facsimile: (202) 683-3999

Grace I. Wang (*pro hac vice*)
googlendcaldjs@allenovery.com
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8574
Facsimile: (212) 610-6399

Robert A. Van Nest (SBN 84065)
Leo L. Lam (SBN 181861)
efdj-kvp@keker.com
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400

*Attorneys for Plaintiff*
GOOGLE LLC


By: *Reza Mirzaie*
Reza Mirzaie, CA SBN 246953
Marc A. Fenster, CA SBN 181067
James N. Pickens, CA SBN 307474
Minna Y. Chan, CA SBN 305941

```
 1    Kristopher R. Davis, CA SBN 329627
      Jason M. Wietholter, CA SBN 337139
 2    Adam R. Hoffman, CA SBN 218740
      RUSS AUGUST & KABAT
 3    12424 Wilshire Boulevard, 12th Floor
      Los Angeles, CA 90025
 4    Telephone: (310) 826-7474
      Facsimile: (310) 826-6991
 5    rmirzaie@raklaw.com
      mfenster@raklaw.com
 6    jpickens@raklaw.com
      mchan@raklaw.com
 7    kdavis@raklaw.com
      jwietholter@raklaw.com
 8    rak_ecofactor@raklaw.com
 9
      Matthew D. Aichele
10    RUSS AUGUST & KABAT
      800 Maine Avenue SW, Suite 200
11    Washington, DC 20024
      Telephone: (202) 664-0623
12    maichele@raklaw.com
13
      Attorneys for Defendant EcoFactor, Inc.
14
```

*Attorneys for Defendant EcoFactor, Inc.*

## ATTESTATION PURSUANT TO L.R. 5-1(I)

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

Dated: October 31, 2023

/s/ *Bijal V. Vakil*
Bijal V. Vakil

# CERTIFICATE OF SERVICE

I am employed in the County of Santa Clara, State of California.  I am over the age of 18 and am not a party to the within action.  My business address is 550 High Street, Palo Alto, California 94301.

On October 31, 2023, I caused the foregoing documents described as:

- **JOINT STATUS REPORT**

to be served on EcoFactor electronically via the Allen & Overy LLP email system at the email address set forth below:

| | |
|---|---|
| James N. Pickens, Esq.<br>Russ August and Kabat<br>1104 NW 88th Way<br>Plantation, FL 33322<br>(954) 637-2393<br>Email: rak_ecofactor@raklaw.com | Marc Aaron Fenster<br>Minna Y. Chan<br>Reza Mirzaie<br>Kristopher R. Davis<br>Jason M. Weitholter<br>Adam R. Hoffman<br>Russ August and Kabat<br>12424 Wilshire Boulevard<br>12th Floor<br>Los Angeles, CA 90025<br>(310) 826-7474<br>Email: rak_ecofactor@raklaw.com |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on October 31, 2023, at Palo Alto, California.

*/s/ Bijal V. Vakil*
Bijal V. Vakil